DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RON M. JOHNSON, JR.

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0506

_____

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Frederick Mercurio, Judge.

PER CURIAM.

    Affirmed.

MORRIS, SMITH, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.